Gary Steven **GRAHAM**, Appellant,

v.

**STATE of Missouri, Respondent.**

**No. WD 41709.**

Missouri Court of Appeals,
Western District.

Nov. 28, 1989.

Cenobio Lozano, Contract Public Defender, Harrisonville, for appellant.

William L. Webster, Atty. Gen., Elizabeth L. Ziegler, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and KENNEDY and GAITAN, JJ.

ORDER

PER CURIAM:

From a dismissal of a Rule 24.035 motion for untimeliness, the movant appeals.

Affirmed. Rule 84.16(b).

Michael Allen **YODER**, Appellant,

v.

**STATE of Missouri, Respondent.**

**No. WD 41800.**

Missouri Court of Appeals,
Western District.

Nov. 28, 1989.

Ronald Fisk, Nevada, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before NUGENT, C.J., and LOWENSTEIN and FENNER, JJ.

ORDER

PER CURIAM:

Appeal from denial of Rule 24.035 motion for post-conviction relief.

Affirmed. Rule 84.16(b).

William H. **NASH**, Appellant,

v.

**STATE of Missouri, Respondent.**

**No. WD 41853.**

Missouri Court of Appeals,
Western District.

Nov. 28, 1989.

Gregory C. Wells, Columbia, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before MANFORD, P.J., and SHANGLER and CLARK, JJ.

ORDER

PER CURIAM.

Appeal from denial of Rule 27.26 motion for postconviction relief after an evidentiary hearing.

Judgment affirmed. Rule 84.16(b).